# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAIGUANG ZHENG,<br><br>   Petitioner,<br><br>  v.<br><br>PAMELA BONDI, et al.,<br><br>   Respondents. | Civil Action<br>No. 25-17329 (CPO)<br><br>**ORDER** |

**O'HEARN, District Judge.**

  Before the Court is Franklin Montero, Esq.'s motion for the admission *pro hac vice* of Theodore N. Cox, Esq. to appear and participate in this matter on behalf of Petitioner. (ECF No. 1-2). Mr. Cox has certified that he is in good standing with all the courts to which he is admitted, listed in paragraph six, (ECF No. 5, ¶ 6), and has complied with the requirements of Local Civil Rule 101.1(c)(1). Mr. Cox's contact information is as follows:

  Theodore N. Cox, Esq.
  325 Broadway, ste 201, New York, NY 10007
  212-925-1208
  tedcoxecf@gmail.com

  **THEREFORE, IT IS**, on this 13th day of November 2025,

  **ORDERED** that Franklin Montero, Esq.'s motion for the admission *pro hac vice* of Theodore N. Cox, Esq. to appear and participate in this matter on behalf of Petitioner, (ECF No. 1-2), is **GRANTED**. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys; and it is further

  **ORDERED** that Theodore N. Cox, Esq. shall make payment to the New Jersey Lawyer's Fund for Client Protection and to the Clerk of the Court as required by L. Civ. R. 101.1; and it is finally

2

**ORDERED** that Franklin Montero, Esq. shall remain responsible for the conduct of the case and for the filings and service of all papers.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**
